UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**VICKIE S. MOYER**                                                                                      **PLAINTIFF**

**v.**                                    **CASE NO. 4:08-CV-00087 BSM**

**DVA RENAL HEALTHCARE, INC.**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order of this date, granting defendant's motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 20th day of February, 2009.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE