UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**VICKIE S. MOYER**                                                                                          **PLAINTIFF**

v.                                              **CASE NO. 4:08-CV-00087 BSM**

**DVA RENAL HEALTHCARE, INC.**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to this court's order entered March 27, 2009, awarding costs, it is Considered, Ordered and Adjudged that Defendant DVA Renal Healthcare, Inc. be awarded the sum of Two Thousand Eight Hundred Four Dollars and Sixty-Six Cents ($2,804.66) in costs, with post-judgment interest accruing at an annual rate of 0.64%[1] calculated from March 27, 2009.[2] Said amount is due and payable immediately by plaintiff Vickie Moyer to defendant DVA Renal Healthcare, Inc.

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The one-year constant maturity Treasury yield for the week ending March 20, 2009. *See* 28 U.S.C. § 1961.

[2] *Jenkins by Agyei v. State of Mo.*, 931 F.2d 1273 (8th Cir. 1991) (specifying that post-judgment interest on attorneys' fees should accrue from the date the court recognizes that a party is entitled to an award of attorneys' fees).